# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARINA M. CALOVE,
                Appellant,

vs.

LHL GROUP, LLC,
                Respondent.

No. 75418

**FILED**

APR 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing an appeal from a justice court matter. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Our review of this appeal reveals a jurisdictional defect. Appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                    _____, J.
                          Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-16242

cc: Hon. Susan Johnson, District Judge
Marina M. Calove
Edward D. Kania
Eighth District Court Clerk

